UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 22-00628 |
| Latoya Hopkins, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable LaShonda Hunt | |
| ) | | |
| ) | Joliet | |
| Debtor(s) ) | | |

## ORDER GRANTING MOTION TO INCUR DEBT

This case is before the Court on the Debtor's Motion to Obtain/Incur Debt, the Court being fully advised,

IT IS HEREBY ORDERED that the Motion to Incur Debt is granted as follows:

The Debtor is permitted to obtain financing for the purchase of a 2019 Chevy Malibu or similar vehicle, with an amount financed not to exceed $23,520.00 with an interest rate of 19.24% and monthly payments of $557.43.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  April 21, 2023

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600